UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. Case No.  05MJ1045-JMA |
| Plaintiff, ) | |
| v. ) | ORDER AND JUDGMENT TO DISMISS THE COMPLAINT AND RECALL ARREST WARRANT |
| JULIO CASILLAS-CHON, ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Complaint in the above-captioned case against JULIO CASILLAS-CHON be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 6/29/15

HONORABLE JAN M. ADLER
United States District Court